No. 94–9524. MADUNO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–9525. FRANKLIN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–9527. EMERY v. MERKEL, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–9528. ALLEYN v. MORGAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT SMITHFIELD, ET AL. C. A. 3d Cir. Certiorari denied.

No. 94–9529. PERTSONI v. VASQUEZ, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 94–9530. STENZEL v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 94–9531. THOMAS v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 94–9532. SUMLER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–9533. SEE v. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 94–9534. PATCH v. UNITED STATES ET AL. C. A. 4th Cir. Certiorari denied.

No. 94–9535. IBRAHIM, AKA CASEY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–9536. BRIGHT v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–9537. COFFIE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–9538. WASHINGTON v. CAIN, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–9539. KELLY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–9540. MASON v. GODINEZ, WARDEN. C. A. 7th Cir. Certiorari denied.